C. W. Armstrong, appellee, v. American Association of Engineers, appellant. Gen. No. 28,484.

Assumpsit for attorney's fees. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Thomas J. Peden, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Reversed and remanded. Opinion filed October 2, 1923. Rehearing denied December 15, 1923.

Fassett, Abbott & Hughes, for appellant; John E. Hughes, of counsel. Binkley & Mooney, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

In re estate of Daniel J. Davis, deceased.

Benjamin F. Davis and Jessica D. Murphy, appellants, v. Maud R. Davis, individually and as administratrix, William C Davis and Henry G. W. Reinhardt, appellees. Gen. No. 28,492.

Claim against decedent's estate, petition charging fraud. Judgment for defendants. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Boyle & Mott and Mason Brothers, for appellants. Winston, Strawn & Shaw and Charles Martin, for appellees; John C. Slade and Edward G. Ince, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Louise Reed, appellant, v. Mamie Peck, appellee. Gen. No. 28,499.

Action in replevin. Writ granted and goods delivered to plaintiff, but finding the goods rightfully held as security for debt. Judgment that sum owing be paid within five days or in default that writ of *retorno habendo* issue. Appeal from the Municipal Court of Chicago; the Hon. George B. Holmes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Ellis & Westbrooks, George W. Blackwell, Harris B. Gaines, James S. Winfrey, W. Chester Kitchen and Franklin A. Lovelace, for appellant; Richard E. Westbrooks, of counsel. A. B. Dunning, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.

---

Herbert J. Johnson, appellant, v. Frederick H. Bartlett, appellee. Gen. No. 28,508.

Directed verdict against plaintiff in assumpsit. Appeal from the Municipal Court of Chicago; the Hon. Robert E. Gentzel, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed October 2, 1923.

Brown, Brown & Brown, for appellant; Lloyd M. Brown, of counsel. Vail, Vail & Plamondon, for appellee; Donald P. Vail, of counsel.

Mr. Presiding Justice Gridley delivered the opinion of the court.